IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JACK DENNISON HERSHISER,     )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )      2:23cv117-MHT
                             )          (WO)
STATE OF ALABAMA, et al.,    )
                             )
     Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about unconstitutional conditions of confinement and denial of needed medical care. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to file an amended complaint as ordered by the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of June, 2023.

                               /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**